# UNITED STATES BANKRUPTCY COURT

# FOR THE

# EASTERN DISTRICT OF VIRGINIA

In Re:
Henry Victor Marfo                                Case # 08-16843-SSM

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                             AMOUNT

HENRY VICTOR MARFO                                $10.00
6515 Parish Glebe Lane
Alexandria, VA 22315


Dated:      March 24, 2010           __/s/Thomas P. Gorman _____
                                     Thomas P. Gorman
                                     300 North Washington Street, Ste. 400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB#26421